NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S)
Julian Brew, Esq., SBN 150615
Kaye, Scholer, Fierman, Hays & Handler, LLP
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA  90067
(310) 788-1000
Bar No.: 150615

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CHINA NATIONAL METAL PRODUCTS IMPORT & EXPORT CO.

VS ──────────────────────── PLAINTIFF(S)

APEX DIGITAL, INC.

DEFENDANT(S)

CASE NUMBER
EDCV 01-0130 RT (SGLx

**APPLICATION FOR**
[X] RIGHT TO ATTACH ORDER  [ ] TEMPORARY PROTECTIVE ORDER
[X] ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
[ ] ADDITIONAL WRIT OF ATTACHMENT
[X] After Hearing   [ ] Ex Parte
[ ] Against Property of Nonresident

FILED 2001 FEB 26 PM 4:45 CLERK U.S. DISTRICT COURT CENTRAL DIST OF CALIF LOS ANGELES BY

1. Plaintiff *(name)*: China National Metal Products Import & Export Co.
   makes application
   [X] after hearing
   [ ] ex parte for
       a. [X] right to attach order and writ of attachment.
       b. [ ] writ of attachment.
       c. [ ] additional writ of attachment.
       d. [ ] temporary protective order.
       e. [ ] an order directing the defendant to transfer to the levying officer possession of
           (1) [ ] property in defendant's possession.
           (2) [ ] documentary evidence in defendant's possession of title to property.
           (3) [ ] documentary evidence in defendant's possession of debt owed to defendant.
2. Defendant *(name)*: Apex Digital, Inc.

   a. [X] is a corporation
       (1) [X] qualified to do business in California.
       (2) [ ] not qualified to do business in California.
   b. [ ] is a California partnership or other unincorporated association.
   c. [ ] is a foreign partnership which
       (1) [ ] has filed a designation under Corp C 15700.
       (2) [ ] has not filed a designation under Corp C 15700.
   d. [ ] is a natural person who
       (1) [ ] resides in California.
       (2) [ ] does not reside in California.
3. [X] Attachment is not sought for a purpose other than recovery on a claim for money which is not secured within the meaning of CCP 483.010
   [X] and is based upon a contract; the facts showing plaintiff is entitled to a judgment are set forth in the
       a. [ ] verified complaint.
       b. [X] ~~attached affidavit~~. Declaration of Fang Gang filed concurrently herewith.
       c. [ ] following facts:

ENTER ON ICMS
MAR - 2 2001

(Page one of three)

CV-4f 5/86

**APPLICATION FOR ATTACHMENT, TEMPORARY PROTECTIVE ORDER, ETC. (Attachment)**

CCD-4F

| SHORT TITLE: CHINA NATIONAL METAL PRODUCTS IMPORT & EXPORT CO. vs. APEX DIGITAL, INC. | CASE NUMBER: EDCV 01-0130 RT (SGLx |
|---|---|

4. ☐ The claim arises out of conduct by the defendant who is a natural person of a trade, business or profession. The claim is not based on the sale or lease of property, a license to use property, the furnishing of services, or the loan of money where any of the following was used by the defendant primarily for personal, family, or household purposes.

5. The amount to be secured by the attachment is
   $ 20,483,272
   a. ☐ which includes estimated costs of
      $
   b. ☐ which includes estimated allowable attorney fees of
      $

6. Plaintiff has no information or belief that the claim is discharged or the prosecution of the action is stayed in a proceeding under Title 11 of the United States Code (Bankruptcy).

7. Plaintiff is informed and believes that the following property sought to be attached for which a method of levy is provided is subject to attachment:
   a. ☒ Any property of a defendant who is not a natural person.
   b. ☐ Any property of a nonresident defendant.
   c. ☐ Property of a defendant who is a natural person *(describe property and identify statute providing for method of levy)*:

   Where required provide the following additional information:
   (1) ☐ The property is in the possession, custody, or control of a nondefendant or a nondefendant has an interest in the property *(state the name and address of the nondefendant)*:

   (2) ☐ The property is a crop, timber, or mineral or the like *(describe the real property on which it is located)*:

   (3) ☐ The property is covered by a bulk sales notice or escrow.
   (4) ☐ The property is plaintiff's share of proceeds from an escrow in which defendant's liquor license is sold *(specify license number)*:

   (5) ☐ The property is money of a defendant who is a natural person, and the property is
      (a) ☐ located on the premises where a trade, business, or profession is conducted by defendant;
      (b) ☐ in excess of $1,000 located elsewhere than on the premises where a trade, business, or profession is conducted by defendant and not in deposit accounts;
      (c) ☐ located in a deposit account in excess of $1,000;
      (d) ☐ in excess of an aggregate amount of $1,000 located
         ☐ in deposit accounts.
         ☐ in a deposit account and money located elsewhere than on the premises where a trade, business, or profession is conducted by defendant.

8. Plaintiff is informed and believes that the property sought to be attached is not exempt from attachment.
9. ☐ The court issued a Right to Attach Order on *(date)*:                                ☐ pursuant to CCP 484.090 (on hearing)
   ☐ and Order for Writ of Attachment pursuant to CCP 492.030 (nonresident).
   ☐ and Order for Writ of Attachment pursuant to CCP 485.220 (ex parte).
10. ☐ The court found plaintiff is entitled to a Right to Attach Order pursuant to CCP 485.240 on *(date)*:
11. ☐ Nonresident defendant has not filed a general appearance.

CV-4f 5/86                 **APPLICATION FOR ATTACHMENT, TEMPORARY
                            PROTECTIVE ORDER, ETC. (Attachment)**                    Page two of three

| SHORT TITLE: CHINA NATIONAL METAL PRODUCTS IMPORT & EXPORT CO. vs. APEX DIGITAL, INC. | CASE NUMBER: EDCV 01-0130 RT (SGLx |
|---|---|

12. ☐ Plaintiff
   ☐ alleges on ex parte application for order for writ of attachment
   ☐ is informed and believes on application for temporary protective order that plaintiff would suffer great or irreparable injury if the order is not issued before the matter can be heard on notice because
   a. ☐ it may be inferred that there is a danger that the property sought to be attached would be
      ☐ concealed
      ☐ substantially impaired in value
      ☐ made unavailable to levy by other than concealment or impairment in value
   and the inference is supported by facts set forth in the
      ☐ verified complaint.
      ☐ attached affidavit.
      ☐ following facts *(specify)*:

   b. ☐ a bulk sales notice was recorded and published pursuant to Division 6 of the Commercial Code with respect to a bulk transfer by the defendant.
   c. ☐ an escrow has been opened pursuant to the provisions of Bus & PC 24074 with respect to the sale by the defendant of a liquor license *(specify license number)*:
   d. ☐ other circumstances *(specify)*:

13. ☐ Plaintiff requests the following relief in the temporary protective order *(specify)*:

14. Plaintiff
   a. ☐ has filed an undertaking in the amount of $
   b. ☒ has not filed an undertaking.

Date: February 26, 2001

China Nat'l Metal Products Import & Export
(TYPE OR PRINT NAME OF PLAINTIFF)

Julian Brew, Esq., SBN 150615
By: Attorneys for Plaintiff
(NAME AND TITLE)

_____
(SIGNATURE OF PLAINTIFF)

## DECLARATION

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 26, 2001

Julian Brew, Esq.
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

15. Total number of pages attached:

FD-4f 5/86
Page three

**APPLICATION FOR ATTACHMENT, TEMPORARY PROTECTIVE ORDER, ETC. (Attachment)**